| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Bolden, Victor A. | 2. Court or Organization<br><br>United States District Court for the District of Connecticut | 3. Date of Report<br><br>05/15/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>915 Lafayette Boulevard<br>Bridgeport, Connecticut 06604 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2005 | NAACP Legal Defense and Educational Fund, Inc. Defined Benefit Pension Plan |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolden, Victor A. | 05/15/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA Section of Litigation | 01/07/16 to 01/09/2016 | Naples, Florida | Attending the Winter Leadership Meeting | Lodging, transportation, and meals |
| 2. | ABA Section of Litigation | 06/16/2016 to 06/18/2016 | Vancouver, British Columbia, Canada | Attended the Spring Leadership Meeting | Lodging, transportation, and meals |
| 3. | ABA Section of Litigation | 10/06/2016 to 10/08/2016 | Austin, Texas | Attended Fall Leadership Meeting | Lodging, transportation, and meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolden, Victor A. | 05/15/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolden, Victor A. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. T. Rowe Price International Stock Fund | A | Int./Div. | K | T | | | | | |
| 5. T. Rowe Price Mid-Cap Value Fund | D | Int./Div. | M | T | | | | | |
| 6. T. Rowe Price New America Growth Fund | C | Int./Div. | L | T | | | | | |
| 7. T. Rowe Price New Era Fund | A | Int./Div. | K | T | | | | | |
| 8. T. Rowe Price New Horizons Fund | D | Int./Div. | M | T | | | | | |
| 9. T. Rowe Price Small-Cap Value Fund | A | Int./Div. | L | T | | | | | |
| 10. Vanguard 500 Index Fund | A | Dividend | K | T | | | | | |
| 11. J.P. Morgan Chase Accounts | A | Int./Div. | J | T | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolden, Victor A. | 05/15/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

With respect to Section II, my portion of the value of this defined benefit plan remains in the pension plan of the NAACP Legal Defense and Educational Fund, Inc., even though I left the organization's employ in January 2009. Due to what I earned while I was employed there, I have been designated a highly compensated employee, ineligible to rollover the value of my portion of this pension into another retirement account at this time.

With respect to Section VII, I have not sold or taken distributions from any of the investments I have in the 403b account since the date of my last report. These investments consist of the following mutual fund accounts: the T. Rowe Price International Stock Fund, the T. Rowe Price Mid-Cap Value Fund, the T. Rowe Price New America Growth Fund, the T. Rowe Price New Era Fund, and the T. Rowe Price New Horizons Fund. I have an IRA consisting entirely of investments in the T. Rowe Price Small-Cap Value Fund. I have not sold or taken any distributions from this account. I also have another IRA account in the Vanguard 500 Index Fund. I have not sold or taken any distributions from this account.

With respect to Section VII, Column A, for income, when I use the "Int./Div." code I am referring to income from capital gains and dividends together.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Victor A. Bolden**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544